**EXHIBIT A**

| Payment # | Debtor/Payor | Payment Date | Payment Amount |
|---|---|---|---|
| *Bankruptcy Case: 23-10318-BLS RAC Dealership, LLC* <br> *Transfer Date Range: 12-14-2022 through 03-13-2023* <br> *Transfers to:* <br> **Primeritus Financial Services Inc., Consolidated Asset Recovery Systems, Inc.** | | | |
| P011560 | RAC Dealership, LLC | 01/06/2023 | 116,283.72 |
| P011608 | RAC Dealership, LLC | 02/08/2023 | 179,989.92 |
| **TOTAL** | | $ | **296,273.64** |

231366915.v1